UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVONNE YA-WEN FENG,

    Plaintiff,

v.

ALTA BATES SUMMIT MEDICAL CENTER, et al.,

    Defendants.

Case No. 25-cv-06598-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Yvonne Ya-Wen Feng v. Robert K. Tripp*, No. 24-cv-07539-JST.

**IT IS SO ORDERED.**

Dated: August 22, 2025



WILLIAM H. ORRICK
United States District Judge